

# Law Office of Lowell J Kuvin

**INVOICE**

Invoice # 458
Date: 07/29/2016
Due Upon Receipt

17 East Flagler Street, Suite 223
Miami, Florida 33131
United States

Jose Arribas

### 00430-Arribas

### Kebo

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 11/30/2015 | Plaintiff Contingency: Original meeting with Jose Arribas; discussion of grievances, including retaliation and whistleblower's act for termination; kick-backs to owners of tips; and disparaging comments about Arribas in the community. Review of documents provided, including pay stubs and printouts. Translation of employee manual. Discussion of relevant case law/administrative rulings/DOL opinions, and damages calculations for minimum wage (free and clear), retaliation and whistleblowers. Opening of file. | 2.20 | $0.00 | $0.00 |
| Service | 12/03/2015 | Plaintiff Contingency: Research into Florida Whistleblower Act, 448.101, et seq., esp. 448.102(3), and whether written objection must be given to employer (not under (3)). Research in treatises and Westlaw (3d DCA). | 0.80 | $0.00 | $0.00 |
| Service | 12/05/2015 | Plaintiff Contingency: Beginning draft of Complaint, for minimum wages, free and clear, and retaliation under the FLSA; and whistleblower retaliation under Fla. Stat. 448.102. | 1.80 | $0.00 | $0.00 |
| Service | 12/09/2015 | Plaintiff Contingency: Final draft of Complaint, review by Client for comment and revision before filing. | 1.20 | $0.00 | $0.00 |
| Expense | 12/11/2015 | Reimbursable expense: Filing Fee -LJK | 1.00 | $400.00 | $400.00 |
| Service | 12/14/2015 | Plaintiff Contingency: Case discussions with Robert Post, Esq., who has been informally retained by Defendants in this matter. Will provide time records, I will get back to him about Plaintiff's termination. | 0.30 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 12/23/2015 | Plaintiff Contingency: Review of offer to settle from Robert Post, Esq; excell spreadsheet constructed to evaluate claims v. offer prior to discussion with Client. | 0.40 | $0.00 | $0.00 |
| Service | 12/28/2015 | Plaintiff Contingency: Discussions of offer with Client, and drafting of email in response, rejecting the offer and addressing misinformation. | 0.40 | $0.00 | $0.00 |
| Service | 01/04/2016 | Plaintiff Contingency: Response to new Opposing Counsel Bravo's request for extension to respond. | 0.10 | $0.00 | $0.00 |
| Service | 01/04/2016 | Plaintiff Contingency: Drafting of First Amended Complaint, with client's assistance, per Court Order DE 5. | 0.50 | $0.00 | $0.00 |
| Service | 02/03/2016 | Plaintiff Contingency: Drafting of Certificate of Interested Persons and Related Parties, per Court Order DE 9. | 0.30 | $0.00 | $0.00 |
| Service | 02/19/2016 | Plaintiff Contingency: Drafting of proposed Joint Scheduling Report, Joint Scheduling Form, and Consent to Magistrate, for review by opposing counsel, per Court Order DE 9. | 1.50 | $0.00 | $0.00 |
| Service | 03/02/2016 | Plaintiff Contingency: Scheduling conference with Magistrate Goodman. | 0.20 | $0.00 | $0.00 |
| Expense | 03/09/2016 | Reimbursable expense: Service Invoice MPS2015005002 MPS2015005003 MPS2015005004 | 1.00 | $120.00 | $120.00 |
| Service | 04/11/2016 | Plaintiff Contingency: Drafting of Request for Admissions and Request for Production to corporate Defendant Style 10, LLC, and service. | 3.10 | $0.00 | $0.00 |
| Service | 05/16/2016 | Plaintiff Contingency: Case discussions with Client Arribas, esp. updates touching on retaliation claim, such as: he began working yesterday at Seaspice, after applying at more than 100 jobs; he has been working for Catholic charities helping people get their citizenship; and he is still on anti-depressants. | 0.30 | $0.00 | $0.00 |
| Service | 05/16/2016 | Plaintiff Contingency: Review of Defendants' responses to Requests for Admissions and Requests for Production; no documents produced at all; email to OC Bravos inquiring about documents. | 1.00 | $0.00 | $0.00 |
| Service | 06/20/2016 | Plaintiff Contingency: Meeting with client in officer, re: ongoing mental health issues and treatment, and upcoming settlement conference in two days. | 0.50 | $0.00 | $0.00 |
| Service | 06/22/2016 | Plaintiff Contingency: Preparation for today's settlement conference with Magistrate Torres at 1:30pm, including review of production sent yesterday by Defendants' counsel, re: hours, wages; documents sent by Client, re: consulting; and research on previous lawsuits. | 1.00 | $0.00 | $0.00 |
| Service | 06/22/2016 | Plaintiff Contingency: Settlement conference with Magistrate Torres; impasse; not declared until Friday. | 3.00 | $0.00 | $0.00 |

|  | Total | $520.00 |
|---|---|---|

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 458 | 07/29/2016 | $520.00 | $0.00 | $520.00 |
|  |  |  | **Outstanding Balance** | **$520.00** |
|  |  |  | **Total Amount Outstanding** | **$520.00** |

Please make all amounts payable to: Law Office of Lowell J Kuvin

Payment is due upon receipt.